**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| FRANCISCO ALVARO-IRAETA, | No. 12-71287 |
| Petitioner, | Agency No. A071-644-613 |
| v. | |
| LORETTA E. LYNCH, Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted August 25, 2015[**]

Before:     McKEOWN, CLIFTON, and HURWITZ, Circuit Judges.

The 90-day stay of proceedings in this case expired on July 7, 2015. Thus, respondent's motion to lift the stay is denied as moot.

Francisco Alvaro-Iraeta, a native and citizen of El Salvador, petitions for review of the Board of Immigration Appeals' order dismissing his appeal from an

---

[*]      This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]      The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

immigration judge's ("IJ") decision denying his application for asylum, withholding of removal, and protection under the Convention Against Torture ("CAT").  We have jurisdiction under 8 U.S.C. § 1252.  We review for substantial evidence the agency's factual findings, including adverse credibility findings. *Chebchoub v. INS*, 257 F.3d 1038, 1042 (9th Cir.2001).  We deny the petition for review.

Substantial evidence supports the agency's adverse credibility determination based on the inconsistencies between Alvaro-Iraeta's asylum application and his testimony regarding events in El Salvador and his reason for fleeing.  *See Ceballos-Castillo v. INS*, 904 F.2d 519, 520 (9th Cir. 1990); *Zamanov v. Holder*, 649 F.3d 969, 973 (9th Cir. 2011).  We reject Alvaro-Iraeta's contention that the IJ failed to properly consider his explanations for the inconsistencies.  *See Zamanov*, 649 F.3d at 974.  In the absence of credible testimony, Alvaro-Iraeta's asylum and withholding of removal claims fail.  *See Farah v. Ashcroft*, 348 F.3d 1153, 1156 (9th Cir. 2003).

Alvaro-Iraeta does not raise any arguments challenging the agency's denial of CAT relief.  *See Martinez-Serrano v. INS*, 94 F.3d 1256, 1259 (9th Cir. 1996) (issues not supported by argument are deemed abandoned).

**PETITION FOR REVIEW DENIED**.

12-71287